Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM JOSEPH METZGER, II,
    Plaintiff,

vs.                                        Case No. 5:07cv146/RS/EMT

MRS. HALL, et al.,
    Defendants.
_____/

**O R D E R**

This cause is before the court upon Plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed in forma pauperis (Docs. 1, 2).

Plaintiff's application to proceed in forma pauperis is denied, without prejudice, as it is incomplete. The instructions require that a print-out of the inmate's prison account be provided which covers the six month period prior to the filing of the complaint. In this case, as the complaint was filed June 13, 2007 (*see* Doc. 1 at 12), the period involved is from December 13, 2006 through June 13, 2007. Although Plaintiff submitted a Prisoner Consent Form and Financial Certificate signed by an authorized prison official, as well as a printout from Plaintiff's inmate account, the documents reflect a printout for April and May of 2007 only, instead of December 13, 2006 through June 13, 2007 as required. Thus, before this matter may proceed, Plaintiff must either pay the filing fee of $350.00 or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments. No further action will occur in this case until the matter of the filing fee is resolved.

Accordingly, it is **ORDERED**:

1.     Plaintiff's application to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

2.     The clerk is directed to forward an in forma pauperis application to Plaintiff.

3.	Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall either pay the filing fee of $350.00 or submit a fully completed application to proceed in forma pauperis.

4.	Plaintiff's failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this 26th day of June 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**