IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM JOSEPH METZGER, II,
     Plaintiff,

vs.                                     Case No. 5:07cv146/RS/EMT

MRS. HALL, et al.,
     Defendants.
_____/

## ORDER

     This cause is before the court on referral from the clerk. Plaintiff, proceeding pro se and in forma pauperis, initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 (*see* Docs. 1, 7). On July 25, 2007, Plaintiff was granted leave to proceed in forma pauperis and directed to pay an initial partial filing fee of $2.25 on or before August 24, 2007 (*see* Doc. 7 at 1). On August 9, 2007, this court's order was returned undelivered because Plaintiff was no longer housed at the Washington County Jail (*see* Doc. 8). The Florida Department of Corrections ("DOC") Inmate Population Information database indicates that Plaintiff is currently housed at the Madison Work Camp. *See* http://www.dc.state.fl.us/inmateinfo/inmateinfomenu.asp (search by name for William Metzger).[1] Therefore, the clerk will be directed to send a copy of this court's July 25, 2007 order (Doc. 7) to Plaintiff, and Plaintiff will be given an extension of time to pay the initial partial filing fee.

     Accordingly, it is **ORDERED**:

     1.    The clerk is directed to update Plaintiff's address as follows: William Joseph Metzger, II; A-R06607; Madison Work Camp; Post Office Box 692; 382 SW MCI Way; Madison,

---

[1]Plaintiff is reminded of his continuing obligation to notify the court of changes of address.

FL 32340-4430.  The clerk is also directed to send to Plaintiff a copy of this court's July 25, 2007 order (Doc. 7) to Plaintiff.

2.      The clerk of court shall also MAIL a copy of this court's July 25, 2007 order (Doc. 7), with the appropriate cover letter to: Department of Corrections, 2601 Blairstone Road, Tallahassee, FL 32399-2500,  Attention: Agency Clerk.

3.      The time for Plaintiff's response to this court's order of July 25, 2007 is hereby extended as follows.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the initial partial filing fee of $2.25 as previously ordered.

4.      Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 17th day of August 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No: 5:07cv146/RS/EMT