IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM JOSEPH METZGER, II,
      Plaintiff,

vs.                                        Case No.: 5:07cv146/RS/EMT

MRS. HALL, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

     This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  On September 26, 2007, this court entered an order giving Plaintiff thirty (30) days in which to notify the court why this action should not be dismissed as moot (Doc. 13).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

     Accordingly, it is respectfully **RECOMMENDED**:

     That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

     At Pensacola, Florida, this 1st day of November 2007.


               */s/ Elizabeth M. Timothy*_____
               **ELIZABETH M. TIMOTHY**
               **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).